IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| United States of America e*x rel.* Ashley Westover and Jessica Tollison, ) ) ) | C.A. No. 6:21-cv-00417-TMC |
| Plaintiff-Relator, ) ) | |
| v. ) ) | **FILED *EX PARTE* AND UNDER SEAL** |
| Katherine Davis; Phillip Morderer; John Doe #1, a/k/a Seth Jackson; Remote Solutions, LLC; Quality of Life DME Group, Inc., First Due Medical, LLC, and John Doe DME Companies, ) ) ) ) ) ) ) | |
| Defendants. ) ) | |

**NOTICE OF THE UNITED STATES' ELECTION TO PARTIALLY INTERVENE AND PARTIALLY DECLINE AND APPLICATION TO UNSEAL**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States of America ("United States") notifies the Court of its decision to partially intervene in this action for the purpose of settlement. Specifically, the United States intervenes with respect to claims against defendants Remote Solutions, LLC, First Due Medical LLC, and John Doe DME Companies now identified as Serenity DME LLC, BracePros, LLC, Cypress Health Solutions LLC, Advantage Infinity Health, LLC, Utopian Health LLC, North Point Medical, Inc., and Sure Care Medical Supplies LLC. The United States contends that these companies were purchased, controlled, or operated by Jeffrey Brooks, as outlined in the attached Settlement Agreement. The United States declines to intervene as to Katherine Davis, Phillip Morderer, and John Doe #1.

Relators Ashley Westover and Jessica Tollison Harmon stipulate that the Settlement Agreement among the United States, Jeffrey Brooks, and Relators is "fair, adequate, and reasonable under all the circumstances," pursuant to 31 U.S.C. § 3730(c)(2)(B). A copy of that

Settlement Agreement is attached to this Notice as Exhibit A. Under the terms of the Settlement Agreement, the United States and Relator will file a Stipulation of Dismissal of this action pursuant to Rule 41(a)(1).

The United States respectfully requests that the Court unseal: (1) Relators' Complaint, (2) all Orders, (3) this Notice, including Exhibit A; and (3) the attached proposed Order.

The United States further requests that all other papers on file and currently under seal in this Action remain under seal.

                        Respectfully submitted,

                        ADAIR F. BOROUGHS
                        United States Attorney

By:    s/Beth C. Warren
        BETH C. WARREN (#11360)
        Assistant United States Attorney
        1441 Main Street, Suite 500
        Columbia, South Carolina 29201
        Telephone (803) 929-3037
        *Attorney for the United States of America*

June 16, 2023